No. 258, Misc. BUNDY *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 259, Misc. McKELVEY *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 263, Misc. GRAVES *v.* EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 264, Misc. DIXON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 271, Misc. SMITH *v.* KANSAS. C. A. 10th Cir. Certiorari denied.

No. 272, Misc. MOORE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, and *R. D. Smith III,* Assistant Attorney General, for respondent.

No. 274, Misc. TAYLOR ET AL. *v.* GULF STATES UTILITIES Co. ET AL. C. A. 5th Cir. Certiorari denied. *Fred G. Benton, Sr.,* for petitioners. *Frank S. Normann* for respondents W. R. Meadows, Inc., et al.

No. 282, Misc. AHRENS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 283, Misc. SILVERS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.